**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **D.A.P-P.,** | : | |
| | : | |
| **Petitioner,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-65–WLS-ALS** |
| | : | |
| **WARDEN, IRWIN COUNTY DETENTION CENTER,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER

Before the Court is the Recommendation of Dismissal (Doc. 16) ("Recommendation") by United States Magistrate Alfreda L. Sheppard, filed on September 8, 2026. Therein, Judge Sheppard recommends that the Court grant Respondent's Motion to Dismiss (Doc. 12) and that Petitioner's Amended Petitioner for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 4) be dismissed as moot. (Doc. 16). For the reasons that follow the Recommendation is **ACCEPTED** and **ADOPTED**.

Judge Sheppard's Recommendation and 28 U.S.C. § 636(b)(1) provided the parties with fourteen days to file an objection (*Id.* at 2). A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendation to which objection is made. 28 U.S.C. § 636(b); FED. R. CIV. P. 72. If no timely objection is filed, the court considers the recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (quoting the Fourth Circuit and stating, "Most circuits agree that '[i]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"). To date, no objections have been filed.

In its Motion to Dismiss, Respondent states that on May 10, 2026, the Department of Homeland Security, Immigration and Customs Enforcement, removed Petitioner from the United States. (Doc. 12 at 1 & Ex. A). The Court agrees with Judge Sheppard's analysis that

there is no longer a case in controversy because where Petitioner is no longer in Respondent's custody, the Court can no longer give him any meaningful relief.

Upon full review and consideration of the Record, the Court finds no clear error, and that Judge Sheppard's September 8, 2026 Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED, ADOPTED,** and made the Order of this Court for the reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss (Doc. 12) is **GRANTED** and Petitioner's Amended Petitioner for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 4) is **DISMISSED AS MOOT**.

**SO ORDERED**, this 28th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**