IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DIMAS AUDIEL PEREZ-PEREZ, *

Petitioner, *

v. Case No. 7:26-cv-65 (WLS-ALS)

*

WARDEN, IRWIN COUNTY DETENTION CENTER, et al., *

Respondents. *

**JUDGMENT**

Pursuant to this Court's Order dated 9/28/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk